UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA HEDGES,
                              Plaintiff,

            -against-                        23 Civ. 2902 (LGS)

UMZU LLC,                                    ORDER

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for July 26, 2023;

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

       **ORDERED** that the July 26, 2023, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

       **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

       **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**. The referral will issue in a separate order.

       The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: July 20, 2023
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE